UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAMARA J. HICKMAN (LANGE),<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>Defendant. | Case No. C11-6046-RAJ-BAT<br><br>**REPORT AND RECOMMENDATION** |

Tamara J. Hickman seeks review of the denial of her Disability Insurance Benefits application. Dkt. 3. The parties stipulate the case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 13. The parties further stipulate that:

(1) On remand, the Administrative Law Judge will conduct a *de novo* hearing and consider the evidence submitted to the Appeals Council, reevaluate the medical evidence as a whole; reevaluate the subjective testimony, specifically what education level plaintiff has achieved; re-evaluate plaintiff's residual functional capacity; if necessary, perform new step four and step five analysis; obtain the assistance of a vocational expert and present a complete hypothetical to the vocational expert and ensure consistency with the Dictionary of Occupational

REPORT AND RECOMMENDATION - 1

Titles.

(2) Upon proper presentation, the Court will consider plaintiff's application for attorney fees under the Equal Access to Justice Act and 406(b), if appropriate.

Because the parties have stipulated that the case be remanded as set forth above, the Court recommends that United States District Judge Ricardo S. Martinez immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED** for further administrative proceedings. A proposed order accompanies this Report and Recommendation.

DATED this 21st day of March, 2012.

BRIAN A. TSUCHIDA
United States Magistrate Judge